IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | 1:08-cv-01847-AWI-GSA-PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR |
| vs. | FAILURE TO PAY FILING FEE |
| VIKJORD, et al., | ORDER FOR CLERK TO CLOSE CASE |
| Defendants. | |

Plaintiff Michael Gonzales ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On December 8, 2009, pursuant to 28 U.S.C. § 1915(g), the court found plaintiff ineligible to proceed in in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than forty-five days have passed and plaintiff has not complied with or otherwise responded to the court's order.

Accordingly, this is action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee. The Clerk is directed to close this case in its entirety.

IT IS SO ORDERED.

**Dated:   February 9, 2010**              **/s/ Anthony W. Ishii**
                                                            CHIEF UNITED STATES DISTRICT JUDGE